# BACK-UP INVOICES
## in support of
# BILL OF COSTS

# MERRILL CORPORATION
## LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17181837 | 10/28/2013 | 1706-356554 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/10/2013 | LCH | 3:12-cv-50417 |

| CASE CAPTION |
|---|
| Jeffrey Sorensen vs. WD-40 Company |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Heather Cameron
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

11599-
247

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
Jeffrey Sorensen PMK - VIDEO

| | | | |
|---|---|---|---:|
| Set-up & First Hour | | | 350.00 |
| Additional Deposition Hr | 3.00 Hours @ | 95.00/Hour | 285.00 |
| Tape Original DV | 2.00 Tapes @ | 40.00/Tape | 80.00 |
| Merrill Viewer | 3.00 Hours @ | 95.00/Hour | 285.00 |
| Shipping & Handling | | | 30.00 |

|  | | |
|---|---|---:|
| TOTAL DUE >>>> | | 1,030.00 |
| AFTER 11/27/2013 PAY | | 1,133.00 |

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).

Chicago, IL

CLIENT/MATTER#
PLEASE

288101

TAX ID NO. : 20-2665382

(619) 238-1900    Fax (619) 235-0398

*Please detach bottom portion and return with payment.*

Heather Cameron
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

OK TO PAY

| | |
|---|---|
| Invoice No.: | 17181837 |
| Date : | 10/28/2013 |
| **TOTAL DUE** : | **1,030.00** |
| AFTER 11/27/2013 PAY : | 1,133.00 |

| | |
|---|---|
| Job No. : | 1706-356554 |
| Case No. : | 3:12-cv-50417 |
| | Jeffrey Sorensen vs. WD-40 Company |

Remit To:  LegaLink, Inc.
File 70206
Los Angeles, CA 90074-0206

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17182468 | 10/28/2013 | 1705-356553 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/10/2013 | LCH | 3:12-cv-50417 |

| CASE CAPTION |
|---|
| Jeffrey Sorensen vs. WD-40 Company |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Heather Cameron
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

*111599.247* (handwritten)

| | | | |
|---|---|---|---|
| ORIGINAL+1 COPY OF TRANSCRIPT & WORD INDEX (BUSINESS LITIGATION) | | | |
| Valerie Canavan | 86 Pages @ | 3.45/Page | 296.70 |
| Exhibit Copy Scan | 49.00 Pages @ | .65/Page | 31.85 |
| Color Copies | 5.00 Pages @ | 1.00/Page | 5.00 |
| Unedited ASCII (RT) | 69.00 Pages @ | 1.50/Page | 103.50 |
| Transportation | | | 18.96 |
| TotalTranscript | | | 45.00 |
| ORIGINAL+1 COPY OF TRANSCRIPT & WORD INDEX (VIDEO) | | | |
| Jeffrey Sorenson, 30 b 6 | 206 Pages @ | 3.75/Page | 772.50 |
| Exhibit Copy Scan | 123.00 Pages @ | .65/Page | 79.95 |
| Color Copies | 44.00 Pages @ | 1.00/Page | 44.00 |
| TotalTranscript | | | 45.00 |
| Production and Code Comp | | | 50.00 |
| Process/Delivery NL | | | 69.58 |

CLIENT/MATTER# (stamp)

PLEASE

TOTAL DUE >>>> **1,562.04**

AFTER 11/27/2013 PAY **1,718.24**

This is the ReBilled Invoice. The Original Invoice # is: 17182135

*288120* (handwritten)

TAX ID NO.: 20-2665382

(619) 238-1900   Fax (619) 235-0398

*Please detach bottom portion and return with payment.*

Heather Cameron
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

*OK TO Pay* (handwritten signature)

Invoice No.: 17182468
Date      : 10/28/2013
**TOTAL DUE** : 1,562.04
AFTER 11/27/2013 PAY : 1,718.24

Job No.  : 1705-356553
Case No. : 3:12-cv-50417
Jeffrey Sorensen vs. WD-40 Company

Remit To:   **LegaLink, Inc.**
**File 70206**
**Los Angeles, CA 90074-0206**

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17182285 | 10/31/2013 | 1707-357725 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/24/2013 | HALMMI | 3:12-cv-50417 |
| **CASE CAPTION** | | |
| Jeffrey Sorensen vs. WD-40 Company | | *111599-247* |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Megan McCarthy
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

```
ORIGINAL+1 COPY OF TRANSCRIPT & WORD INDEX (BUSINESS LITIGATION)
   Cheryl Perkins                    90 Pages @      3.75/Page      337.50
      ATTENDANCE                    2.00 Hours                       50.00
      Exhibit Copy Scan           133.00 Pages @       .65/Page      86.45
      Color Copies                                                    1.00
      Unedited ASCII (RT)          70.00 Pages @      1.50/Page      105.00
      TotalTranscript                                                 45.00
      Production and Code Comp                                        50.00
      Process/Delivery                                                20.00


                                    TOTAL  DUE  >>>>                 694.95
                                    AFTER 11/30/2013 PAY             764.45
```

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).

Neenah, WI

*287133*

TAX ID NO. : 20-2665382            (619) 238-1900    Fax (619) 235-0398

*Please detach bottom portion and return with payment.*

Megan McCarthy
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

*OK TO PAY*

```
Invoice No.: 17182285
Date      : 10/31/2013
TOTAL DUE :      694.95
AFTER 11/30/2013 PAY : 764.45

Job No.   : 1707-357725
Case No.  : 3:12-cv-50417
Jeffrey Sorensen vs. WD-40 Company
```

Remit To:  **LegaLink, Inc.**
           **File 70206**
           **Los Angeles, CA 90074-0206**

# MERRILL CORPORATION
**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17179235 | 07/31/2013 | 1706-352737 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/15/2013 | LCH | 3:12-cv-50417 |
| **CASE CAPTION** | | |
| Jeffrey Sorensen vs. WD-40 Company | *111599-247* | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Heather Cameron
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Jeffrey Sorensen 30(b)(1) - VIDEO
        Set-up & First Hour                                      350.00
        Additional Deposition Hr     7.50 Hours @    95.00/Hour  712.50
        After Hours Rate                                         142.50
        Tape Original DV             4.00 Tapes @    40.00/Tape  160.00
        Merrill Viewer               7.25 Hours @    95.00/Hour  688.75
        Shipping & Handling                                       30.00

                                     TOTAL  DUE  >>>>        2,083.75

                                     AFTER 8/30/2013 PAY     2,292.13

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).

Chicago, IL                                    282709
```

TAX ID NO. : 20-2665382                              (619) 238-1900    Fax (619) 235-0398

*Please detach bottom portion and return with payment.*

Heather Cameron
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

```
Invoice No.:  17179235
Date       :  07/31/2013
TOTAL DUE  :  2,083.75
AFTER 8/30/2013 PAY : 2,292.13

Job No.    :  1706-352737
Case No.   :  3:12-cv-50417
Jeffrey Sorensen vs. WD-40 Company
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

10864#6

# MERRILL CORPORATION
**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17182469 | 10/28/2013 | 1705-357196 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/09/2013 | LCH | 3:12-cv-50417 |

| CASE CAPTION |
|---|
| Jeffrey Sorensen vs. WD-40 Company |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Heather Cameron
Procopio, Cory, Hargreaves & Savitch
525 B Street
Suite 2200
San Diego, CA 92101

11599 267

```
ORIGINAL+1 COPY OF TRANSCRIPT & WORD INDEX (BUSINESS LITIGATION)
   Erik Vander Weit            141 Pages @        3.45/Page         486.45
        Exhibit Copy Scan      95.00 Pages @        .65/Page          61.75
        Color Copies            8.00 Pages @       1.00/Page           8.00
        Unedited ASCII (RT)   114.00 Pages @       1.50/Page         171.00
        Transportation                                               23.62
        TotalTranscript                                              45.00

ORIGINAL+1 COPY OF TRANSCRIPT & WORD INDEX (BUSINESS LITIGATION)
   Gary Lowmiller              76 Pages @         3.45/Page         262.20
        Exhibit Copy Scan     252.00 Pages @        .65/Page         163.80
        Color Copies           48.00 Pages @       1.00/Page          48.00
        Unedited ASCII (RT)    62.00 Pages @       1.50/Page          93.00
        TotalTranscript                                              45.00

ORIGINAL+1 COPY OF TRANSCRIPT & WORD INDEX (BUSINESS LITIGATION)
   Donald F. Griffith          81 Pages @         3.45/Page         279.45
        Exhibit Copy Scan      57.00 Pages @        .65/Page          37.05
        Unedited ASCII (RT)    65.00 Pages @       1.50/Page          97.50
        TotalTranscript                                              45.00
        Production and Code Comp                                     50.00
        Process/Delivery NL                                          96.75


                          TOTAL   DUE   >>>>              2,013.57
```

TAX ID NO. : 20-2665382                    (619) 238-1900    Fax (619) 235-0398

OK TO PAY

MF
LMF

287051

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:619-234-9100  Fax:619-234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122660 | 11/25/2013 | 73786 |
| **Job Date** | **Case No.** | |
| 10/24/2013 | 1:12-CV-50417 | |
| **Case Name** | | |
| Sorensen vs. WD-40 | *111599-247* | |
| **Payment Terms** | | |
| Net 30 | | |

Heather A. Cameron, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

1 CERTIFIED COPY OF TRANSCRIPT OF:
Brandy Lamb

*detailed description attached*

238.40

**TOTAL DUE  >>>**          **$238.40**
AFTER 12/25/2013  PAY          $262.24

WE THANK YOU FOR YOUR BUSINESS! / PLEASE REFERENCE INVOICE NUMBERS WHEN REMITTING PAYMENT!

Acceptance of work product constitutes acceptance of terms.  Invoices are issued on the credit of our client and cannot be transferred.
Past due accounts are subject to a carrying fee of 18% per annum.  No adjustments or refunds will be made after 90 days.

*OK TO PAY*
*LMF*

*288504*

**Tax ID:** 20-0986545                                                    Phone: 619-238-1900   Fax:619-235-0398

*Please detach bottom portion and return with payment.*

Heather A. Cameron, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

Invoice No.    :  122660
Invoice Date   :  11/25/2013
**Total Due**     :  **$ 238.40**
AFTER 12/25/2013  PAY  $262.24

Remit To:  **SHELBURNE SHERR COURT REPORTERS, INC.**
           **501 West Broadway**
           **Suite 1330**
           **San Diego, CA  92101**

Job No.      :  73786
BU ID        :  16-AWAY
Case No.     :  1:12-CV-50417
Case Name    :  Sorensen vs. WD-40

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:619-234-9100   Fax:619-234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122097 | 10/23/2013 | 73209 |
| **Job Date** | **Case No.** | |
| 10/3/2013 | 1:12-CV-50417 | |
| **Case Name** | | |
| Sorensen vs. WD-40 | | |
| **Payment Terms** | | |
| Net 30 | | |

Megan E. McCarthy, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

111599 · 247

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Andrew Dumiak | 52.00 Pages | @ | 3.05 | 158.60 |
| Litigation CD | | | 45.00 | 45.00 |
| Minuscript | | | 25.00 | 25.00 |
| Processing | | | 25.00 | 25.00 |
| Delivery | | | 15.00 | 15.00 |

CLIENT/MATTER#
PLEASE

**TOTAL DUE  >>>**          **$268.60**
AFTER 11/22/2013  PAY          $295.46

WE THANK YOU FOR YOUR BUSINESS! / PLEASE REFERENCE INVOICE NUMBERS WHEN REMITTING PAYMENT!

Acceptance of work product constitutes acceptance of terms.  Invoices are issued on the credit of our client and cannot be transferred.
Past due accounts are subject to a carrying fee of 18% per annum.  No adjustments or refunds will be made after 90 days.

OK TO PAY
LMF

287698

**Tax ID:** 20-0986545                                      Phone: 619-238-1900    Fax:619-235-0398

*Please detach bottom portion and return with payment.*

Megan E. McCarthy, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

Invoice No.   :  122097
Invoice Date  :  10/23/2013
**Total Due**   :  **$ 268.60**
AFTER 11/22/2013 PAY  $295.46

Remit To: **SHELBURNE SHERR COURT REPORTERS, INC.**
          **501 West Broadway**
          **Suite 1330**
          **San Diego, CA  92101**

Job No.    :  73209
BU ID      :  16-AWAY
Case No.   :  1:12-CV-50417
Case Name  :  Sorensen vs. WD-40

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:619-234-9100  Fax:619-234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122144 | 10/23/2013 | 73208 |
| **Job Date** | **Case No.** | |
| 10/2/2013 | 1:12-CV-50417 | |
| **Case Name** | | |
| Sorensen vs. WD-40 | | |
| **Payment Terms** | | |
| Net 30 | | |

Heather A. Cameron, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

*V1599-247*

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Simon Daw | | 49.00 Pages | @ | 3.05 | 149.45 |
| Litigation CD | | | | 45.00 | 45.00 |
| Minuscript | | | | 25.00 | 25.00 |
| Processing | | | | 25.00 | 25.00 |
| Delivery | | | | 15.00 | 15.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Tim Lesmeister | | 63.00 Pages | @ | 3.05 | 192.15 |
| Exhibit | | | | 0.50 | 0.50 |
| Litigation CD | | | | 45.00 | 45.00 |
| Minuscript | | | | 25.00 | 25.00 |
| Color Copies | | 9.00 | @ | 2.00 | 18.00 |
| Processing | | | | 25.00 | 25.00 |
| Delivery | | | | 15.00 | 15.00 |

CLIENT/MATTER#
PLEASE

OK TO PAY
LRM

TOTAL DUE >>>  **$580.10**
AFTER 11/22/2013 PAY  $638.11

287699

Tax ID: 20-0986545

Phone: 619-238-1900   Fax:619-235-0398

*Please detach bottom portion and return with payment.*

Heather A. Cameron, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

Invoice No.   :  122144
Invoice Date  :  10/23/2013
**Total Due**    :  **$ 580.10**
AFTER 11/22/2013 PAY  $638.11

Remit To: **SHELBURNE SHERR COURT REPORTERS, INC.**
          **501 West Broadway**
          **Suite 1330**
          **San Diego, CA 92101**

Job No.     :  73208
BU ID       :  16-AWAY
Case No.    :  1:12-CV-50417
Case Name   :  Sorensen vs. WD-40

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:619-234-9100   Fax:619-234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122032 | 10/23/2013 | 73210 |
| **Job Date** | **Case No.** | |
| 9/27/2013 | 1:12-CV-50417 | |
| **Case Name** | | |
| Sorensen vs. WD-40 | | |
| **Payment Terms** | | |
| Net 30 | | |

Accounts Payable
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

*111599-247*

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Maria Mitchell | | 27.00 | Pages | @ | 3.05 | 82.35 |
| Exhibit | | 61.00 | Pages | @ | 0.50 | 30.50 |
| Litigation CD | | | | | 45.00 | 45.00 |
| Minuscript | | | | | 25.00 | 25.00 |
| ROUGH DRAFT | | 27.00 | | @ | 1.25 | 33.75 |
| Processing/Delivery | | | | | 30.00 | 30.00 |

*CLIENT/MATTER#*
*PLEASE*

TOTAL DUE  >>>                  $246.60
AFTER 11/22/2013  PAY          $271.26

WE THANK YOU FOR YOUR BUSINESS! / PLEASE REFERENCE INVOICE NUMBERS WHEN REMITTING PAYMENT!

Acceptance of work product constitutes acceptance of terms.  Invoices are issued on the credit of our client and cannot be transferred.
Past due accounts are subject to a carrying fee of 18% per annum.  No adjustments or refunds will be made after 90 days.

*OK TO PAY*
*LMF*

*287700*

**Tax ID:** 20-0986545                                      Phone: 619-238-1900   Fax:619-235-0398

*Please detach bottom portion and return with payment.*

Accounts Payable
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

Invoice No.   :  122032
Invoice Date :  10/23/2013
**Total Due**    :  **$ 246.60**
AFTER 11/22/2013 PAY  $271.26

Remit To:  **SHELBURNE SHERR COURT REPORTERS, INC.**
           **501 West Broadway**
           **Suite 1330**
           **San Diego, CA  92101**

Job No.     :  73210
BU ID       :  16-AWAY
Case No.    :  1:12-CV-50417
Case Name   :  Sorensen vs. WD-40

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:619-234-9100   Fax:619-234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 121964 | 10/23/2013 | 73204 |
| Job Date | Case No. | |
| 9/23/2013 | 1:12-CV-50417 | |
| Case Name | | |
| Sorensen vs. WD-40 | | |
| Payment Terms | | |
| Net 30 | | |

Lisel M. Ferguson, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

111519·247

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Graham Milner | | 92.00 | Pages @ | 3.05 | 280.60 |
| Exhibit | | 255.00 | Pages @ | 0.50 | 127.50 |
| Litigation CD | | | | 45.00 | 45.00 |
| Minuscript | | | | 25.00 | 25.00 |
| Color Copies | CLIENT/MATTER# | 108.00 | @ | 2.00 | 216.00 |
| Exhibit Binder | PLEASE | | | 25.00 | 25.00 |
| Processing | | | | 25.00 | 25.00 |
| Delivery | | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**  **$759.10**
AFTER 11/22/2013 PAY   $835.01

WE THANK YOU FOR YOUR BUSINESS!

Acceptance of work product constitutes acceptance of terms.  Invoices are issued on the credit of our client and cannot be transferred.
Past due accounts are subject to a carrying fee of 18% per annum.  No adjustments or refunds will be made after 90 days.

*OK TO PAY*
*LMF*

*(28701)*

Tax ID: 20-0986545          Phone: 619-238-1900   Fax:619-235-0398

---

*Please detach bottom portion and return with payment.*

Lisel M. Ferguson, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

Invoice No.    :  121964
Invoice Date  :  10/23/2013
**Total Due**     :  **$ 759.10**
AFTER 11/22/2013 PAY  $835.01

Remit To: **SHELBURNE SHERR COURT REPORTERS, INC.**
          **501 West Broadway**
          **Suite 1330**
          **San Diego, CA  92101**

Job No.     :  73204
BU ID       :  16-AWAY
Case No.    :  1:12-CV-50417
Case Name  :  Sorensen vs. WD-40

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:619-234-9100   Fax:619-234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 121983 | 10/23/2013 | 73205 |
| **Job Date** | **Case No.** | |
| 9/25/2013 | 1:12-CV-50417 | |
| **Case Name** | | |
| Sorensen vs. WD-40 | | |
| **Payment Terms** | | |
| Net 30 | | |

Megan E. McCarthy, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

111599.247

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | CLIENT/MATTER# PLEASE | | | | |
|---|---|---|---|---|---|
| John Silva | | 22.00 Pages | @ | 3.05 | 67.10 |
|    Litigation CD | | | | 45.00 | 45.00 |
|    Minuscript | | | | 25.00 | 25.00 |
|    Processing/Delivery | | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**    **$162.10**
AFTER 11/22/2013  PAY    $178.31

WE THANK YOU FOR YOUR BUSINESS! / PLEASE REFERENCE INVOICE NUMBERS WHEN REMITTING PAYMENT!

Acceptance of work product constitutes acceptance of terms.  Invoices are issued on the credit of our client and cannot be transferred.
Past due accounts are subject to a carrying fee of 18% per annum.  No adjustments or refunds will be made after 90 days.

OK TO PAY
LMF

287702

**Tax ID:** 20-0986545                                        Phone: 619-238-1900    Fax:619-235-0398

*Please detach bottom portion and return with payment.*

Megan E. McCarthy, Esq.
PROCOPIO CORY HARGREAVES & SAVITCH
525 "B" Street
Suite 2200
San Diego, CA 92101

Invoice No.    :  121983
Invoice Date  :  10/23/2013
**Total Due**    :  **$ 162.10**
AFTER 11/22/2013 PAY $178.31

Remit To:  **SHELBURNE SHERR COURT REPORTERS, INC.**
        **501 West Broadway**
        **Suite 1330**
        **San Diego, CA 92101**

Job No.      :  73205
BU ID        :  16-AWAY
Case No.     :  1:12-CV-50417
Case Name  :  Sorensen vs. WD-40

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**DCN: Billing No. 111599-000247**    INVOICE NO: 20090619

**━MAKE CHECKS PAYABLE TO:━**

Ms. Lisel Ferguson
Procopio, Cory, et al.
525 B Street
Suite 2200
San Diego, CA 92101

Phone:

Mary Lindbloom
Official Court Reporter
Room 5406
327 S. Church Street
Rockford, IL 61101

Phone:    (815) 987-4486

*mary_lindbloom@ilnd.uscourts.gov*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 11-12-2013 | 11-12-2013 |

**Case Style:** 12 C 50417, IN RE: Sorensen v. WD-40
10-31-13 Hearing before the Hon. Iain D. Johnston

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 11 | 6.05 | 66.55 | | | | | | | 66.55 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 66.55 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:        Amt: | TOTAL DUE: $66.55 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orc for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# Knox ATTORNEY SERVICE, INC.
SERVICES
2250 FOURTH AVENUE, SAN DIEGO, CA 92101   Phone: (619) 233-9700   FAX# (619) 685-4294   www.knoxservices.com

5818   8/15/13

**ATTORNEY SERVICE**
Robert C. Porambo, Manager
/AMS



| INVOICE # | **4007690** | INVOICE DATE | **07/23/13** | KNOX FILE # K 1222821-02 |
| --- | --- | --- | --- | --- |

BILLED TO:                          Acct #: 01950        ORDERING FIRM:

LISEL M. FERGUSON,
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP          **SAME**
525 B STREET, 22ND FLOOR
SAN DIEGO  CA  92101
Attention : MICHELE FUGER
Atty File# : 111599-000247
Phone     : 619-238-1900

---

DESCRIPTION OF SERVICES
SERVICE ON  : INCORP SERVICES, INC.
Documents   : SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION;      - etc
Served At   : 2360 CORPORATE CIRCLE      SUITE 400, HENDERSON  NV  89074-7722 (Bus.)
Date/Time   : 07/08/13 at 02:06 PM   Server: TOWN
REPORT      : SPECIAL HANDLING CHARGE IS FOR MEETING TO SWAP OUT CHECKS.  THANK YOU.

Accounting Dept.
Please verify Client matter number
and sign/date. Route to accounting
(Att: Joan). Thank you.

*MUF*

282737

COURT INFORMATION

COURT     : USDC, NORTHERN DISTRICT OF ILLINOIS

CASE #    : 2-CV-50417          12/16/13

CASE NAME : JEFFREY SORENSEN
            WD-40 COMPANY

| DESCRIPTION OF CHARGES | | AMOUNT |
| --- | --- | --- |
| Service of Process | OOT | 153.75 |
| Priority1 | OOT | 30.00 |
| Fees Advance | OOT | 40.00 |
| Affil. Ck. Charge | OOT | 10.00 |
| Special Handling | OOT | 20.00 |
| | | |
| INVOICE TOTAL  --> | $ | 253.75 |
| BALANCE DUE   --> | $ | 253.75 |

---

### Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this invoice.  Net due upon receipt.  **IRS# 95-3057541**
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.   SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE.   SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

---

*PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT*

**WE ACCEPT VISA/MASTERCARD
FOR PAYMENT OF YOUR ACCOUNT**

| REMITTANCE STUB |
| --- |

*Please mail or deliver your payment to:*

# Knox ATTORNEY SERVICE, INC.
2250 FOURTH AVENUE
SAN DIEGO, CA  92101
ATTN: ACCOUNTS RECEIVABLE      IRS# 95-3057541

INVOICE #     :   4007690

INVOICE DATE :   07/23/13

AMOUNT DUE   :   $ 253.75

ACCOUNT #     :   01950

KNOX FILE #   :   1222821-02

*THANK YOU FOR CHOOSING* **KNOX!**

# Knox ATTORNEY SERVICE, INC.

**ATTORNEY SERVICE**
Robert C. Porambo, Manager

/AMS

2250 FOURTH AVENUE, SAN DIEGO, CA 92101   Phone: (619) 233-9700   FAX# (619) 685-4294   www.knoxservices.com

| INVOICE # **4013115** | INVOICE DATE **08/28/13** | KNOX FILE # **K 1225285-01** |
|---|---|---|

**BILLED TO:**
PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP
525 B STREET, 22ND FLOOR
SAN DIEGO  CA  92101
Attention : MICHELE FUGER
Atty File# : 111599-000247
Phone : 619-238-1900

Acct #: 01950   ORDERING FIRM:

**SAME**

---

**DESCRIPTION OF SERVICES**
SERVICE ON  : PLANO MOLDING
Documents   : SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION;    - etc
Served At   : 431 EAST SOUTH STREET, PLANO  IL  60545 (Bus.)
Date/Time   : 08/20/13  at 04:18 PM   Server: TOWN

Accounting Dept.
Please verify Client/Matter number
and sign/date. Route to accounting
(A/P clerk). Thank you.

28-3745

**COURT INFORMATION**

COURT : USDC, NORTHERN DISTRICT OF ILLINOIS

CASE # : 3:12-CV-50417       9/6/13

CASE NAME : JEFFREY SORENSEN
WD-40 COMPANY

| DESCRIPTION OF CHARGES | | AMOUNT |
|---|---|---|
| Service of Process | OOT | 149.75 |
| Priority1 | OOT | 25.00 |

INVOICE TOTAL  -->  $  174.75

BALANCE DUE   -->  $  174.75

---

**Thank you for allowing us to serve your needs.**
Please remit payment along with the attached remittance stub, or a copy of this invoice.  Net due upon receipt.  **IRS# 95-3057541**
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH.
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.  SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE.  SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

---

PLEASE  TEAR  OFF  HERE  AND  RETURN  THIS  PORTION  WITH  YOUR  PAYMENT

| **REMITTANCE STUB** | *WE ACCEPT VISA/MASTERCARD*<br>*FOR PAYMENT OF YOUR ACCOUNT* | |
|---|---|---|

*Please mail or deliver your payment to:*

**Knox** ATTORNEY SERVICE, INC.
2250 FOURTH AVENUE
SAN DIEGO, CA  92101
ATTN: ACCOUNTS RECEIVABLE    IRS# 95-3057541

| INVOICE # | : | 4013115 |
|---|---|---|
| INVOICE DATE | : | 08/28/13 |
| AMOUNT DUE | : | $ 174.75 |
| ACCOUNT # | : | 01950 |
| KNOX FILE # | : | 1225285-01 |

THANK YOU FOR CHOOSING **KNOX!**


# TITAN
## Legal Services

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | August 30, 2013 | SU246857-01-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | |
|---|---|---|
| Claim No: | Client File No.: | 111599-000247 |
| Insured: | Pertaining To: | Jeffrey Sorensen |
| Date of Loss: | Records From: | BAE Systems, Inc. c/o The Corporation Trust Company |
| Plaintiff: **Jeffrey Sorensen** | | 1209 Orange Street |
| Defendant: **WD-40 Company** | | Wilmington, DE, 19801 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Charge** | | | 25.00 |
| **Service of Subpoena (Wilmington, DE)** | | | 105.00 |
| **Out of State Handling Charge** | | | 25.00 |
| **Rush / Same Day Service** | | | 50.00 |

*284278*

Comments:

| | |
|---|---|
| SUB-TOTAL | 205.00 |
| SALES TAX | 2.00 |
| **TOTAL DUE** | **$ 207.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

## PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE* INV#:SU246857-01/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | August 30, 2013 | SU246857-02-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | |
|---|---|---|
| Claim No: | Client File No.: | 111599-000247 |
| Insured: | Pertaining To: | **Jeffrey Sorensen** |
| Date of Loss: | Records From: | **Lind Electronics** |
| Plaintiff: **Jeffrey Sorensen** | | **6414 Cambridge Street** |
| Defendant: **WD-40 Company** | | **St. Louis Park, MN, 55426** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 25.00 |
| Service of Subpoena (St. Louis Park, MN) | | | 125.00 |
| Out of State Handling Charge | | | 25.00 |
| Rush / Same Day Service | | | 50.00 |

284279

Comments:

*LMF ok to Pay*

| | | |
|---|---|---|
| | SUB-TOTAL | 225.00 |
| | SALES TAX | 2.00 |
| | TOTAL DUE | **$ 227.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through
their clients. In any case, the Titan Legal Services, Inc. customer remains
responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600846

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE** SU246857-02/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | August 30, 2013 | SU246857-03-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | |
|---|---|---|
| Claim No: | Client File No.: | 111599-000247 |
| Insured: | Pertaining To: | Jeffrey Sorensen |
| Date of Loss: | Records From: | Inlander Brothers Inc. c/o Thomas W. Rieck |
| Plaintiff: Jeffrey Sorensen | | 55 W. Monroe Street |
| Defendant: WD-40 Company | | Chicago, IL, 60603 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 25.00 |
| Service of Subpoena (Chicago, IL) | | | 110.00 |
| Out of State Handling Charge | | | 25.00 |
| Rush / Same Day Service | | | 50.00 |
| | | | |

284 280

Comments:

*LMF OK TO PAY*

| | SUB-TOTAL | 210.00 |
|---|---|---|
| | SALES TAX | 2.00 |
| | **TOTAL DUE** | **$ 212.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*

Print:SU246857-03/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | August 30, 2013 | SU246857-04-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | |
|---|---|---|
| Claim No: | Client File No.: | 111599-000247 |
| Insured: | Pertaining To: | Jeffrey Sorensen |
| Date of Loss: | Records From: | Transhield, Inc. c/o Patrick J. Hammes |
| Plaintiff: Jeffrey Sorensen | | 2002 Red Oak Lane |
| Defendant: WD-40 Company | | St. Charles, IL, 60174 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Charge** | | | 25.00 |
| **Service of Subpoena (St. Charles, IL)** | | | 120.00 |
| **Out of State Handling Charge** | | | 25.00 |
| **Rush / Same Day Service** | | | 50.00 |

*264286l*

Comments:

*LMF ok to pay*

| | |
|---|---|
| SUB-TOTAL | 220.00 |
| SALES TAX | 2.00 |
| **TOTAL DUE** | **$ 222.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

## PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through
their clients. In any case, the Titan Legal Services, Inc. customer remains
responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646


# TITAN
## Legal Services

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | August 30, 2013 | SU246857-05-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | |
|---|---|---|
| Claim No: | Client File No.: | 111599-000247 |
| Insured: | Pertaining To: | Jeffrey Sorensen |
| Date of Loss: | Records From: | Chemtool, Inc c/o James Athans |
| Plaintiff: **Jeffrey Sorensen** | | 801 W. Rockton Road |
| Defendant: **WD-40 Company** | | Rockton, IL, 61072 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 25.00 |
| Service of Subpoena (Rockton, IL) | | | 100.00 |
| Out of State Handling Charge | | | 25.00 |
| Rush / Same Day Service | | | 50.00 |
| *284282* | | | |
| Comments: | | SUB-TOTAL | 200.00 |
| *LMF TO PAY* | | SALES TAX | 2.00 |
| | | **TOTAL DUE** | **$ 202.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

TERMS: NET 15 DAYS

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*

INV#:SU246857-05/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | August 30, 2013 | SU246857-06-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | | |
|---|---|---|---|
| Claim No: | | Client File No.: | **111599-000247** |
| Insured: | | Pertaining To: | **Jeffrey Sorensen** |
| Date of Loss: | | Records From: | **Allstate Printing, Inc. c/o Gary Lowmiller** |
| Plaintiff: | **Jeffrey Sorensen** | | **620 Bennett Road** |
| Defendant: | **WD-40 Company** | | **Elk Grove, IL, 60007** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 25.00 |
| Service of Subpoena (Elk Grove, IL) | | | 120.00 |
| Out of State Handling Charge | | | 25.00 |
| Rush / Same Day Service | | | 50.00 |

*284283*

Comments:

*LMF ok to pay*

| | |
|---|---|
| SUB-TOTAL | 220.00 |
| SALES TAX | 2.00 |
| **TOTAL DUE** | **$ 222.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

## PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*

INV#:SU246857-06/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | August 30, 2013 | SU246904-03-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | |
|---|---|---|
| Claim No: | Client File No.: | 111599-000247 |
| Insured: | Pertaining To: | Jeffrey Sorensen |
| Date of Loss: | Records From: | Daubert Cromwell, LLC c/o Roy Galman |
| Plaintiff: Jeffrey Sorensen | | 12701 S Ridgeway Avenue |
| Defendant: WD-40 Company | | Alsip, IL, 60803 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 25.00 |
| Service of Subpoena (Alsip, IL) | | | 120.00 |
| Out of State Handling Charge | | | 25.00 |
| Rush / Same Day Service | | | 50.00 |

*286 4284*

**Comments:**

*LMF OK TO PAY*

| | | |
|---|---|---|
| SUB-TOTAL | | 220.00 |
| SALES TAX | | 2.00 |
| **TOTAL DUE** | | **$ 222.00** |

Thank you for choosing Titan Legal Services, Inc.l
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

***PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE***

INV#:SU246904-03/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | August 30, 2013 | SU246967-02-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | |
|---|---|
| Claim No: | Client File No.: 111599-000247 |
| Insured: | Pertaining To: Jeffrey Sorensen |
| Date of Loss: | Records From: Transhield, Inc. c/o Marilyn Wingstrom |
| Plaintiff: **Jeffrey Sorensen** | 0075 W 600 S |
| Defendant: **WD-40 Company** | Wolcottville, IN, 46795 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 25.00 |
| Service of Subpoena (Wolcottville, IN) | | | 170.00 |
| Out of State Handling Charge | | | 25.00 |
| Rush / Same Day Service | | | 50.00 |

*284286*

Comments:

*LMF ok to PAY*

| | |
|---|---|
| SUB-TOTAL | 270.00 |
| SALES TAX | 2.00 |
| **TOTAL DUE** | **$ 272.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

## PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*

INV#:SU246967-02/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | September 20, 2013 | SU246904-02-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | | |
|---|---|---|---|
| Claim No: | | Client File No.: | 111599-000247 |
| Insured: | | Pertaining To: | Jeffrey Sorensen |
| Date of Loss: | | Records From: | Compounded Formulated Inc. dba CF Labs c/o Jim Brasuhn, CFO |
| Plaintiff: | Jeffrey Sorensen | | 3265 Woodbridge Street |
| Defendant: | WD-40 Company | | Saint Paul, MN, 55126 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Charge** | | | 25.00 |
| **Service of Subpoena (St. Paul, MN)** | | | 95.00 |
| **Rush / Same Day Service** | | | 50.00 |
| **Out of State Handling Charge** | | | 25.00 |

Comments:

| | | |
|---|---|---|
| | SUB-TOTAL | 195.00 |
| | SALES TAX | 2.00 |
| | TOTAL DUE | **$ 197.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

## PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through
their clients. In any case, the Titan Legal Services, Inc. customer remains
responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

## PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

SU246904-02/WHITINV



# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | September 20, 2013 | SU246904-01-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | |
|---|---|
| Claim No: | Client File No.: **111599-000247** |
| Insured: | Pertaining To: **Jeffrey Sorensen** |
| Date of Loss: | Records From: **Applied Industrial Technologies c/o CT Corporation System** |
| Plaintiff: **Jeffrey Sorensen** | **1300 East Ninth Street** |
| Defendant: **WD-40 Company** | **Cleveland, OH, 44114** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 25.00 |
| Service of Subpoena (Cleveland, OH) | | | 115.00 |
| Rush / Same Day Service | | | 50.00 |
| Out of State Handling Charge | | | 25.00 |

*OK to pay* / *LMF*

Comments:

*285709*

| | | |
|---|---|---|
| SUB-TOTAL | 215.00 |
| SALES TAX | 2.00 |
| **TOTAL DUE** | **$ 217.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses through
their clients. In any case, the Titan Legal Services, Inc. customer remains
responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*


# TITAN
## Legal Services

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PROC62 | September 30, 2013 | SU246919-01-01 |

Bill To:
**Michele Fuger**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

Ordered By:
**Lisel M. Ferguson, Esq.**
**Procopio, Cory, Hargreaves & Savitch LLP**
**525 B Street, Suite 2200**
**San Diego, CA 92101**

| | | |
|---|---|---|
| Claim No: | Client File No.: | 111599-000247 |
| Insured: | Pertaining To: | Jeffrey Sorensen |
| Date of Loss: | Records From: | BAE Systems, Inc. c/o The Corporation Trust Company |
| Plaintiff: **Jeffrey Sorensen** | | 1209 Orange Street |
| Defendant: **WD-40 Company** | | Wilmington, DE, 19801 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Charge | | | 25.00 |
| Process Service Fee - Wilmington, DE | | | 80.00 |
| Out of State Handling Charge | | | 25.00 |
| Rush / Special Handling Fee | | | 25.00 |

*OK TO PAY 10/16/13 LMF* (handwritten)

| | | |
|---|---|---|
| | SUB-TOTAL | 155.00 |
| | SALES TAX | 4.00 |
| | TOTAL DUE | $ 159.00 |

Comments: *286247* (handwritten)

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**TERMS: NET 15 DAYS**

## PLEASE PAY FROM THIS INVOICE

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

## PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

# Please remit to

Verity Group
222 N. LaSalle
Suite - 1930
Chicago, IL 60601

(312)704-0247
www.verityinc.com



# Invoice

| Date | Invoice No. |
|------|-------------|
| 12/26/2013 | 103167 |

| Terms | Due Date |
|-------|----------|
| Net 15 | 01/10/2014 |

# 30053

Bill To:
Gould & Ratner
222 N. LaSalle
Suite 800
Chicago, IL 60601
(312) 236-3003

OK
MAH

| Reference # | Ordered By | Verity Contact |
|-------------|-----------|----------------|
| 115810.001 | Michelle A. Hannon | AS |

| Item Code | Quantity | Description | Price Each | Amount |
|-----------|----------|-------------|------------|--------|
| PAPER:202 | 708 | • TIFF or PDF Blowbacks (assembled) | 0.12 | 84.96 |
| PAPER:850 | 5 | • Index Tabs | 0.30 | 1.50 |
| PAPER:205 | 1715 | • Tiff or PDF Color Blowbacks | 0.50 | 857.50 |
| PAPER:14 | 1 | • 4" 3-Ring Binder | 17.00 | 17.00 |
| PAPER:15 | 5 | • 5" D-Ring Binder | 22.00 | 110.00 |
| MISC:990 | 1 | • FedEx Delivery | 70.00 | 70.00 |

1213-0222

OK to pay

We appreciate your business. Our Terms are net 15 days from date
of invoice. All delinquent accounts shall bear interest at a rate of
1.5% per month (18% annum), or the maximum legal rate of interest, if less,
commencing 10 days after the invoice date.

| Total |
|-------|
| $1,140.96 |

Signature for acceptance of services represented by this invoice.

_____  Date  12/30/13

PLEASE PAY FROM THIS INVOICE

# Please remit to

Verity Group
222 N. LaSalle
Suite - 1930
Chicago, IL  60601

(312)704-0247
www.verityinc.com



VERITY
Group

# Invoice

| Date | Invoice No. |
|------|-------------|
| 12/31/2013 | 103187 |

| Terms | Due Date |
|-------|----------|
| Net 15 | 01/15/2014 |

**Bill To:**
Gould & Ratner
222 N. LaSalle
Suite 800
Chicago, IL  60601
(312) 236-3003

*# 220698*

| Reference # | Ordered By | Verity Contact |
|-------------|-----------|----------------|
| 115810.001 | Michelle A. Hannon | AS |

| Item Code | Quantity | Description | Price Each | Amount |
|-----------|----------|-------------|-----------|--------|
| PAPER:15 | 1 | • 5" D-Ring Binder | 22.00 | 22.00 |
| PAPER:202 | 147 | • TIFF or PDF Blowbacks (assembled) | 0.12 | 17.64 |
| PAPER:850 | 70 | • Index Tabs | 0.30 | 21.00 |
| PAPER:205 | 792 | • Tiff or PDF Color Blowbacks | 0.50 | 396.00 |

1213-0244

*OK to pay*

*please OK to pay*

*Credit Card Pay*

We appreciate your business.  Our Terms are net 15 days from
of invoice.  All delinquent accounts shall bear interest at a rate of
1.5% per month (18% annum), or the maximum legal rate of interest, if less,
commencing 10 days after the invoice date.

| Total | |
|-------|--|

Signature for acceptance of services represented by this invoice.

_U. Morgan_          Date _1/3/14_

PLEASE PAY FROM THIS INVOICE

# Knox ATTORNEY SERVICE, INC.

**COPYCENTERS**
Eric Watkins, Manager

SERVICES
401 WEST 'A' STREET SUITE 140, SAN DIEGO, CA 92101   Phone: (619) 230-6300   FAX# (619) 795-3143   www.knoxservices.com

| INVOICE # : **9025218** | INVOICE DATE : **02/28/14** |
|---|---|

**RECORDS OF : FILE NO. 111599-000247**

| | | | |
|---|---|---|---|
| LOCATION | : KNOX COPYCENTER | FILE/CLAIM # : | |
| | | DATE of LOSS: | |
| | | INSURED : | |
| BILLED TO | : PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP | ATTENTION : | LIZ |
| 01950 | 525 B STREET | CASE # : | |
| | 22ND FLOOR | CASE NAME : | IN RE: |
| | SAN DIEGO   CA   92101 | vs. | #111599-000247 |
| ATTN: | LIZ | KNOX FILE # : | C22710-00-01 |
| | | ATTY FILE # : | 111599-000247 |
| ORDERED BY : | PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP | | |

| SERVICE | RATE | AMOUNT | EXTENSION |
|---|---|---|---|
| 3-Ring Bind 4" View | 12.15 | 12 | 145.80 |
| | | SUBTOTAL | 145.80 |
| | | TAX | 11.66 |
| | | INVOICE TOTAL --> | 157.46 |

THANK YOU

*Accounting Dept.*
*Please verify Client matter number*
*[illegible] Thank you.*

*[signature]*

*3-13-2014*

292684

### Thank you for allowing us to serve your needs.
Please remit payment along with the attached remittance stub, or a copy of this invoice.  Net due upon receipt.  **IRS# 95-3057541**
ALL ACCOUNTS OVER THIRTY DAYS PAST DUE ARE SUBJECT TO A CARRYING CHARGE OF 1.5% OR $5.00 MINIMUM PER MONTH
ACCEPTANCE OF WORK PRODUCT CONSTITUTES ACCEPTANCE OF TERMS.   SHOULD DEFAULT BE MADE IN PAYMENT HEREOF, THE ENTIRE
AMOUNT SHALL BECOME IMMEDIATELY DUE. SHOULD LEGAL ACTION BE NECESSARY TO ENFORCE COLLECTION THEREOF, THE PURCHASER
SHALL PAY SUCH SUM AS THE COURT MAY AFFIX AS REASONABLE ATTORNEY'S FEES AND COSTS.

*PLEASE TEAR OFF HERE AND RETURN THIS PORTION WITH YOUR PAYMENT*

| REMITTANCE STUB | WE ACCEPT VISA/MASTERCARD FOR PAYMENT OF YOUR ACCOUNT | |
|---|---|---|

*Please mail or deliver your payment to:*

**Knox ATTORNEY SERVICE, INC. - COPYCENTERS**
**2250 FOURTH AVENUE**
**SAN DIEGO, CA 92101**
*ATTN: ACCOUNTS RECEIVABLE*   **IRS# 95-3057541**

| | | |
|---|---|---|
| INVOICE # | : | 9025218 |
| INVOICE DATE | : | 02/28/14 |
| AMOUNT DUE | : | $ 157.46 |
| ACCOUNT # | : | 01950 |
| KNOX FILE # | : | 22710-00-01 |

*THANK YOU FOR CHOOSING* **KNOX!**

# Invoice



Procopio  ESI Data Processing

| Date | Invoice # |
|------|-----------|
| 6/25/2013 | 1200 |

| Bill To |
|---------|
| **WD-40**<br>**c/o Lisel Ferguson**<br>**Procopio**<br>**525 B St., Ste. 2200**<br>**San Diego, CA 92101** |

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| MEH | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|-----------|--------|
| 6/21/2013 | 1,112 | Discover, process and export image files from native files including OCR, de-duplicate and EBN: D-000001 - 001112 documents tagged for production. | 0.135 | 150.12 |
| | 3 | Tech time: Preserve color, brand with "Confidential" or "Highly Confidential" per user tag, redacted documents and complex production. Export ESI processing results, load to database, link images; special processing, rush project. Overtime incurred. | 75.00 | 225.00 |
| 6/20/2013 | 1.5 | Project Management Services: Confer with Ms. Cameron and opposing counsel. Evlauate productions from opposing counsel and identify multiple production errors. Download and evaluate second production and identify continued production problems. Confer on general ESI matters, including collection and culling strategy for client e-mail. | 200.00 | 300.00 |

| **Total** | **$675.12** |

# Invoice



**Procopio**  ESI Data Processing

| Date | Invoice # |
|------|-----------|
| 7/26/2013 | 1238 |

| Bill To |
|---------|
| **WD-40**<br>**c/o Lisel Ferguson**<br>**Procopio**<br>**525 B St., Ste. 2200**<br>**San Diego, CA 92101** |

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 7/26/2013 | 312 | Early Case Assessment: Provide ingestion and index service into Allegro software for de-duplication, culling, and key word search functionality. Evaluate large data sets prior to full ESI processing. PST files for 15 custodians. Ingest for key word searching across full PST files. Pricing will include export of search term results to Eclipse review database. Does not include review costs or production costs. | 25.00 | 7,800.00 |
| | 4 | Project Management Services: Confer with counsel; review, sample and evaluate search term list. | 200.00 | 800.00 |
| | | 25% Discount. | -2,150.00 | -2,150.00 |

| **Total** | **$6,450.00** |
|-----------|---------------|

MH

 

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2013 | 1239 |

| Bill To |
|---------|
| **WD-40**<br>**c/o Lisel Ferguson**<br>**Procopio**<br>**525 B St., Ste. 2200**<br>**San Diego, CA 92101** |

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 7/12/2013 | 1,293 | Document scanning color items, special handling including OCR: Documents produced by client regarding patents - D-001113-002405. | 0.375 | 484.88 |
| | 2,586 | Blow-back paper copies from document images - Color: 2 copies. | 0.375 | 969.75 |
| 7/12/2013 | 409 | Discover, process and export image files from native files including OCR, de-duplicate and EBN: Documents produced by client regarding patents - D-002406-002814. | 0.18 | 73.62 |
| 7/12/2013 | 26 | Document scanning color items, special handling including OCR: Documents produced by client regarding patents - D-002819-002844. | 0.50 | 13.00 |
| | 104 | Blow-back paper copies from document images - Color: 4 copies. | 0.50 | 52.00 |
| 7/12/2013 | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |

| **Total** | **$1,645.75** |
|-----------|---------------|

Posted 8/9/13

# Invoice

 **Procopio** ESI Data Processing

| Date | Invoice # |
|------|-----------|
| 8/2/2013 | 1250 |

**Bill To**

**WD-40**
**c/o Lisel Ferguson**
**Procopio**
**525 B St., Ste. 2200**
**San Diego, CA 92101**

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 7/31/2013 | 89.5 | ESI processing per GB: Extract 411,459 items, apply search 03 criteria yielding 27,426 items and export to review database: Documents regarding UK email PST files. | 25.00 | 2,237.50 |
| 8/2/2013 | 1,910 | ESI Production: Prepare document images for production, prepare batch file from pre-production database, renumber documents and export production set of images: Documents produced by WD-40 D-002845-004754. | 0.0375 | 71.63 |
| | 5 | Tech time: QC file types, identify tagging per paralegal designation, placeholder WMF file, remove EPS and no extension files, export ESI processing results, load to database, and link images. | 75.00 | 375.00 |

| | **Total** | **$2,684.13** |
|--|-----------|---------------|

# Invoice



**Procopio** ESI Data Processing

| Date | Invoice # |
|------|-----------|
| 8/13/2013 | 1264 |

| Bill To |
|---------|
| **WD-40**<br>**c/o Lisel Ferguson**<br>**Procopio**<br>**525 B St., Ste. 2200**<br>**San Diego, CA 92101** |

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 8/5/2013 | 162 | ESI Production: Prepare document images for production, prepare batch file from pre-production database, renumber documents and export production set of images: Documents produced by client regarding forecasts and logo D-004755-004916. | 0.05 | 8.10 |
| | | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 75.00 |
| 8/6/2013 | 605 | ESI Production: Prepare document images for production, prepare batch file from pre-production database, renumber documents and export production set of images: Documents produced by client regarding sales agreements, adds and logo D-004917-005521. | 0.05 | 30.25 |
| | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |
| 8/7/2013 | 270 | ESI Production: Prepare document images for production, prepare batch file from pre-production database, renumber documents and export production set of images: Documents produced by client regarding marketing D-005522-005791. | 0.05 | 13.50 |
| | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |

| Total | $231.85 |
|-------|---------|

# Invoice




| Date | Invoice # |
|---|---|
| 9/3/2013 | 1278 |

**Bill To**

**WD-40**
**c/o Lisel Ferguson**
**Procopio**
**525 B St., Ste. 2200**
**San Diego, CA 92101**

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---|---|---|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|---|---|---|---|---|
| 8/8/2013 | 356 | ESI Production:  Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images:  Production regarding emails, marketing and BEEP - D-005522-005877. | 0.05 | 17.80 |
| | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |
| 8/15/2013 | 2,069 | Discover, data extract and export re-numbered native files including OCR, de-duplicate and EBN:  Documents regarding Sorensen website, Menards and DuPuis - REV130110-132178. | 0.1125 | 232.76 |
| | 3.1 | Tech time: Deduplicate per custodian, export ESI processing results, load to database, and link images. | 75.00 | 232.50 |
| 8/16/2013 | 2,220 | Discover, data extract and export re-numbered native files including OCR, de-duplicate and EBN:  Documents regarding DuPuis - REV132179-134398. | 0.1125 | 249.75 |
| | 2.5 | Tech time: Copy zip files and unzip before processing, identify files that could not render and overlay back into database as unknown format type, export ESI processing results, load to database, and link images. | 75.00 | 187.50 |
| 8/20/2013 | 1,346 | Discover, data extract and export re-numbered native files including OCR, de-duplicate and EBN:  DuPuis documents - REV134399-135744. | 0.1125 | 151.43 |
| | 1.8 | Tech time: Copy zip files and unzip before processing, identify files that could not render and overlay back into database as unknown format type, export ESI processing results, load to database, and link images. | 75.00 | 135.00 |

**Total**

# Invoice





| Date | Invoice # |
|---|---|
| 9/3/2013 | 1278 |

| Bill To |
|---|
| **WD-40**<br>**c/o Lisel Ferguson**<br>**Procopio**<br>**525 B St., Ste. 2200**<br>**San Diego, CA 92101** |

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---|---|---|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|---|---|---|---|---|
| 8/22/2013 | 1,029 | ESI Production: Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images: Production regarding emails, specialists mock ups, BEEP names, label art and PEEL research - D-005878-006906. | 0.0375 | 38.59 |
|  | 2.9 | Placeholder OSX files, run queries to identify privileged documents and associated attachments, identify and QC redacted documents and associated attachments, cross-check relevant and non-relevant designations, export natives from Eclipse, discover items, and run process job removing attachments. | 75.00 | 217.50 |
| 8/23/2013 | 69 | Discover, data extract and export re-numbered native files including OCR, de-duplicate and EBN: Preproduction documents regarding various webshots and annual reports REV135745-135813. | 0.15 | 10.35 |
|  | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |
| 8/27/2013 | 1,983 | ESI Production: Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images: Production regarding emails, design development, new range extension branding, marketing strategy and BET MUT proposition - D-006907-008889. | 0.0375 | 74.36 |
|  | 3.7 | Run queries to identify privileged documents and associated attachments, identify and QC redacted documents and associated attachments, cross-check relevant and non-relevant designations, export natives from Eclipse, discover items, and run process job removing attachments. | 75.00 | 277.50 |

| Total |
|---|

 

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/3/2013 | 1278 |

| Bill To |
|---------|
| **WD-40**<br>**c/o Lisel Ferguson**<br>**Procopio**<br>**525 B St., Ste. 2200**<br>**San Diego, CA 92101** |

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 8/27/2013 | 3,889 | ESI Production: Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images: DuPuis production - DUPUIS000001-003889. | 0.0375 | 145.84 |
| | 1.8 | Run queries to identify privileged documents and associated attachments, identify and QC redacted documents and associated attachments, cross-check relevant and non-relevant designations, export natives from Eclipse, discover items, and run process job removing attachments. | 75.00 | 135.00 |
| 8/28/2013 | 1,701 | ESI Production: Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images: DuPuis production - DUPUIS003890-005590. | 0.05 | 85.05 |
| | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |
| 8/28/2013 | 2,483 | Discover, data extract and export re-numbered native files including OCR, de-duplicate and EBN: DuPuis native production - DUPUIS005591-008073. | 0.05 | 124.15 |
| | 1.2 | Tech time: Cross check privileged and redacted documents, export ESI processing results, load to database, and link images. | 75.00 | 90.00 |
| 8/31/2013 | 4,991 | ESI Production: Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images: Documents regarding the inhiberator, amazon.com webshots and product mock ups - D-008890-013880. | 0.0375 | 187.16 |
| | 3 | Tech time: Identify and remove Pasulka, DuPuis, privileged and redacted documents, export ESI processing results, load to database, and link images. | 75.00 | 225.00 |

| **Total** | |
|-----------|--|

# Invoice

 **Procopio** ESI Data Processing

| Date | Invoice # |
|------|-----------|
| 9/3/2013 | 1278 |

| Bill To |
|---------|
| **WD-40**<br>**c/o Lisel Ferguson**<br>**Procopio**<br>**525 B St., Ste. 2200**<br>**San Diego, CA 92101** |

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 9/5/2013 | 4,983 | ESI Production: Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images: Documents regarding WD-40 Specialist - D-013881-018863. | 0.0375 | 186.86 |
| | 1 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 75.00 |

| | Total | $3,236.60 |
|---|-------|-----------|



# Invoice

| Date | Invoice # |
|---|---|
| 9/13/2013 | 1293 |

ESI Data Processing

**Bill To**

**WD-40**
**c/o Lisel Ferguson**
**Procopio**
**525 B St., Ste. 2200**
**San Diego, CA 92101**

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---|---|---|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|---|---|---|---|---|
| 9/12/2013 | 87 | Evaluate and import items received from Jennifer Polzer, load database, load OCR and link images or native files: EVDW000001-000087. | 0.05 | 4.35 |
| | 385 | Evaluate and import items received from Jennifer Polzer, load database, load OCR and link images or native files: P000998-001382. | 0.05 | 19.25 |
| | 876 | Evaluate and import items received from Jennifer Polzer, load database, load OCR and link images or native files: PE000001-000876. | 0.05 | 43.80 |

| **Total** | **$67.40** |
|---|---|

# Invoice


Procopio  ESI Data Processing

| Date | Invoice # |
|------|-----------|
| 10/4/2013 | 1312 |

**Bill To**

**WD-40**
**c/o Lisel Ferguson**
**Procopio**
**525 B St., Ste. 2200**
**San Diego, CA 92101**

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 10/1/2013 | 38 | Discover, data extract and export re-numbered native files including OCR, de-duplicate and EBN:  C.F. Labs, Inc. documents - CFL000001-000082. | 0.15 | 5.70 |
| | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |
| 10/1/2013 | 1 | ESI Production:  Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images:  Inhibitor web page - D-058907. | 0.05 | 0.05 |
| | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |
| 10/3/2013 | 12 | ESI Production:  Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images:  B Lamb documents - REV135826-135837. | 0.05 | 0.60 |
| | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |
| 10/4/2013 | 1 | ESI Production:  Prepare document images for production, prepare batch file from review database, renumber documents and export production set of images:  Declaration of N. Dorman with exhibits - REV135838. | 0.05 | 0.05 |
| | 0.7 | Tech time: Export ESI processing results, load to database, and link images. | 75.00 | 52.50 |

| Total | $216.40 |
|-------|---------|

 **Procopio** ESI Data Processing

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2013 | 1347 |



| Bill To |
|---------|
| **WD-40**<br>**c/o Lisel Ferguson**<br>**Procopio**<br>**525 B St., Ste. 2200**<br>**San Diego, CA 92101** |

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 10/2/2013 | 75 | Evaluate and import items produced by Cortec, load database, load OCR and link images or native files: CORTEC-00001-00075. | 0.05 | 3.75 |
| | 1 | Minimum charge | 50.00 | 50.00 |
| 10/21/2013 | 3 | Native file processing: Analyze electronic information received from Innovation, process for extraction of metadata and existing text , OCR for improved search capabilities, de-duplicate, quality check, control or bates number and OCR for improved search capabilities: 3 files exported. | 0.15 | 0.45 |
| | 65 | ESI Production: Prepare documents for production, check for production tagging conflicts. Verify and resolve with paralegal/attorneys as needed. Finalize production set, generate branded images and/or native files. Export and prepare final production deliverable. INN000001-000065. | 0.05 | 3.25 |
| | 0.7 | Tech time: Verify load files, add to Relativity workspace, and build search index. | 75.00 | 52.50 |
| 10/23/2013 | 14 | Native file processing: Analyze electronic information received from Innovation, process for extraction of metadata and existing text , OCR for improved search capabilities, de-duplicate, quality check, control or bates number and OCR for improved search capabilities: 14 files exported. | 0.15 | 2.10 |
| | 35 | ESI Production: Prepare documents for production, check for production tagging conflicts. Verify and resolve with paralegal/attorneys as needed. Finalize production set, generate branded images and/or native files. Export and prepare final production deliverable. INN000066-000100, 35 pages. | 0.05 | 1.75 |
| | 0.7 | Tech time: Verify load files, add to Relativity workspace, and build search index. | 75.00 | 52.50 |

**Total**

 

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2013 | 1347 |

**Bill To**

**WD-40**
**c/o Lisel Ferguson**
**Procopio**
**525 B St., Ste. 2200**
**San Diego, CA 92101**

Remit to:
Procopio Cory Hargreaves & Savitch, LLP
525 B Street, Suite 2200
San Diego, CA 92101

| Contact | Client-Matter | Case Name |
|---------|---------------|-----------|
| IP | 111599-000247 | Sorensen |

| Date | Quantity | Description | Price Each | Amount |
|------|----------|-------------|------------|--------|
| 10/25/2013 | 451 | ESI Production: Prepare documents for production, check for production tagging conflicts. Verify and resolve with paralegal/attorneys as needed. Finalize production set, generate branded images and/or native files. Export and prepare final production deliverable. D-059093-059543, 451 pages. | 0.05 | 22.55 |
| | 2.2 | Tech time: Verify load files, add to Relativity workspace, and build search index. | 75.00 | 165.00 |
| 11/7/2013 | 1 | Evaluate and import items produced by Weinman Schnee, load OCR and link images or native files: WSM-0000000001. | 0.05 | 0.05 |
| | 1 | Minimum charge | 50.00 | 50.00 |
| 11/11/2013 | 2 | Analyze electronic information received from client regarding Brandy Lamb final report and email , process for extraction of metadata and existing text , OCR for improved search capabilities, de-duplicate, quality check, control or bates number and OCR for improved search capabilities: 2 files exported. | 0.18 | 0.36 |
| | 158 | ESI Production: Prepare documents for production, check for production tagging conflicts. Verify and resolve with paralegal/attorneys as needed. Finalize production set, generate branded images and/or native files. Export and prepare final production deliverable: D-059544-059701, 158 pages. | 0.05 | 7.90 |
| | 0.7 | Tech time: Verify load files, add to Relativity workspace, and build search index. | 75.00 | 52.50 |

| **Total** | **$464.66** |
|-----------|-------------|